## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**STONE MOUNTAIN ACCESS**                                                    **PLAINTIFF**
**SYSTEMS, INC.**

**VERSUS**                          **CIVIL ACTION NO.: 1:16-cv-00194-HSO-JCG**

**SOUTHERN RECYCLING, L.L.C.,** *et al.*                          **DEFENDANTS**

### ORDER OF RECUSAL

The above-captioned cause comes before the Court, *sua sponte*, pursuant to

Title 28 U.S.C. § 455, and the undersigned, having reviewed this matter, finds that

there are certain grounds under 28 U.S.C. § 455 which would require that he be

disqualified from further participation in this case.

IT IS THEREFORE ORDERED that the undersigned hereby recuses himself

from further participation in this case. The Clerk of the Court is hereby directed to

reassign this case to another judge in accordance with this Court's practice and

procedure.

**SO ORDERED AND ADJUDGED**, this the 29th day of June, 2016.


s/ *John C. Gargiulo*

JOHN C. GARGIULO
 UNITED STATES MAGISTRATE JUDGE