# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**STONE MOUNTAIN ACCESS SYSTEMS, INC.**  **PLAINTIFF**

**v.**  **CIVIL NO. 1:16cv194-HSO-RHW**

**SOUTHERN RECYCLING, LLC**  **DEFENDANT**

## FINAL JUDGMENT

The claims of Plaintiff Stone Mountain Access Systems, Inc., against Defendant Southern Recycling, LLC, came on for trial before the Court and a jury on 2nd day of April, 2018, and concluded on the 6th day of April, 2018, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Verdict Form, the jury retired to consider the verdict. The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Defendant Southern Recycling, LLC. In accordance with the jury's unanimous verdict, and the Court's Orders [17] [25] [223] [243] entered in this case,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Stone Mountain Access Systems, Inc.'s claims against Defendant Southern Recycling, LLC, are **DISMISSED WITH PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of April, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE